MARK DUNNING INDUSTRIES, INC., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 02–5176.

United States Court of Appeals, Federal Circuit.

Dec. 12, 2002.

Mark Dunning Industries, Inc. moves without opposition for reconsideration of the court's order dismissing his petition for review for failure to pay the filing fee.*

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for reconsideration is granted, the dismissal order is vacated, and the mandate is recalled. Mark Dunning In-

* Mark Dunning Industries has since paid the filing fee.

dustries' brief, submitted with this motion, is filed.